COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH 

NO. 2-09-163-CV

Q'SO, INC., AMY ARNOLDT, AND
 
APPELLANTS

FREDRICK ARNOLDT

V.

CAPITAL ONE, N.A.
 APPELLEE

 
 

----------

FROM THE 342ND DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered “Appellants’ Motion To Dismiss.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 
Tex. R. App. P.
 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same
, for which let execution issue.  
See 
Tex. R. App. P.
 
43.4.

PER CURIAM

PANEL:  MEIER, LIVINGSTON, and WALKER, JJ.

DELIVERED:  June 18, 2009

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.